for failure to prosecute in accordance with the rules.

**Buddy JACKSON, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3278.

United States Court of Appeals, Federal Circuit.

DECIDED: July 14, 2004.

Ira Zuckerman, Principal Attorney, Atlanta, GA, for Petitioner.

Stephen D. Lobaugh, Principal Attorney, Brian M. Simkin, David M. Cohen, Kent G. Huntington, of Counsel, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Shirley E. SMITH, Petitioner,**

v.

**DEPARTMENT OF ENERGY, Respondent.**

No. 04–3295.

United States Court of Appeals, Federal Circuit.

DECIDED: July 14, 2004.

Gerald M. Alexander, Principal Attorney, David M. Cohen, Of Counsel, Washington, DC, for Respondent.

Shirley E. Smith, Of Counsel, Alderson, WV, for Petitioner.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.